MAHONING COUNTY BAR ASSOCIATION *v.* KELLY.

[Cite as Mahoning Cty. Bar Assn. *v.* Kelly (1983), 4 Ohio St. 3d 188.]

(D.D. No. 82-35—Decided April 27, 1983.)

*Mr. Richard G. Zellers* and *Mr. Joseph W. Gardner,* for relator.

*Mr. Ben F. Kelly, pro se.*

*Per Curiam.* After a careful examination of the evidence in this cause, this court concurs with the findings of the board that respondent violated DR 1-102(A)(1), (4) and (6), DR 6-101(A)(3), and DR 7-101(A)(2) of the Code of Professional Responsibility. Accordingly, it is the judgment of this court that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.